# HUSCH BLACKWELL

111 Congress Avenue, Suite 1400, Austin, Texas, 78701, (512) 472-5456, Federal ID No. 26-1688286

Our Reference No. 6060491-0000178

Huston, Ralph D. and Christina

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 12/07/12 | 6121 | 0.30 | L120 | A104 | Receive, review and analyze Plaintiffs' Original Petition (.3).<br>John Pegram | $82.50 |
| 12/07/12 | RAI | 0.10 | L140 | A104 | Received new lawsuit.<br>R. Illmer | $39.50 |
| 12/07/12 | JLG | 0.30 | L140 | A104 | Review Original Petition for Declaratory relief contesting right to foreclose (.3).<br>J. Graham | $57.00 |
| 12/10/12 | 6121 | 0.10 | L120 | A105 | Conference with Julie Graham to discuss ▮▮▮▮▮ (.1).<br>John Pegram | $27.50 |

**Exhibit "1"**

---

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 12/10/12 | JLG | 1.50 | L140 | A103 | Discuss with John Pegram to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.1); obtain Harris County Appraisal District information to attach to removal and draft state court notice, list of counsel of record, index of matters filed and review Court's website and docket to determine if citations issued on Defendants and obtain filings to attach to removal, federal removal, certificate of interested persons and civil cover sheet and e-mail to John Pegram ▮▮▮▮▮ (1.4).<br>J. Graham | $285.00 |
| 12/14/12 | RAI | 0.10 | L140 | A104 | Receive email advising that US Bank got served with notice.<br>R. Illmer | $39.50 |
| 12/21/12 | 6121 | 4.20 | L210 | A103 | Prepare notice of removal including argument ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; prepare answer ▮▮▮▮▮▮▮▮ (4.2).<br>John Pegram | $1,155.00 |
| 12/21/12 | RAI | 0.20 | L120 | A105 | Conference with John Pegram regarding ▮▮▮▮▮▮▮▮▮▮▮▮. Discuss ▮▮▮▮▮▮▮▮▮▮▮▮▮.<br>R. Illmer | $79.00 |
| 12/27/12 | 6121 | 0.50 | L210 | A103 | Revise and finalize U.S. Bank's Notice of Removal; conference with R. Illmer regarding ▮▮▮ (.5).<br>John Pegram | $137.50 |
| 12/27/12 | RAI | 0.30 | L210 | A103 | Review and revise portion of removal ▮▮▮▮▮▮▮▮.<br>R. Illmer | $118.50 |
| 12/27/12 | JLG | 0.20 | L140 | A104 | Review court's docket to confirm no additional filings and pull docket sheet to include in index of matters filed in preparation of removal (.2).<br>J. Graham | $38.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 12/30/12 | 6121 | 7.10 | L210 | A103 | Research ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (2.5). Review and analyze ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (1.5). Prepare U.S. Bank's Answer and Affirmative Defenses to Plaintiffs' Original Complaint and U.S. Bank's Counterclaim for Judicial Foreclosure (3.1).<br>John Pegram | $1,952.50 |
| 12/31/12 | 6121 | 3.70 | L210 | A103 | Continue preparation of U.S. Bank's Answer and Affirmative Defenses to Plaintiffs' Original Complaint and U.S. Bank's Counterclaim for Judicial Foreclosure (2.9). Prepare ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (.8).<br>John Pegram | $1,017.50 |
| 01/02/13 | 6121 | 1.00 | L120 | A104 | Prepare email to J. Graham regarding ▬▬▬▬▬▬▬▬▬▬▬▬; exchange emails with J. Kidd regarding ▬▬▬▬▬▬▬▬▬▬▬▬; continue preparation of ▬▬▬▬▬▬▬▬▬▬▬▬; prepare email to J. Kidd and K. Wolber attaching ▬▬▬▬▬▬▬▬▬▬▬▬ (.5).<br>John Pegram | $275.00 |
| 01/02/13 | RAI | 0.10 | L120 | A105 | Conference with John Pegram regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬▬.<br>R. Illmer | $39.50 |
| 01/02/13 | RAI | 0.40 | L210 | A104 | Review ▬▬▬▬▬▬▬. Conference with John Pegram regarding ▬▬(.3); Review ▬▬▬▬▬▬(.1)<br>R. Illmer | $158.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 01/02/13 | JLG | 0.20 | L140 | A108 | Pursuant to John Pegram's request, send e-mail to Steve Porter requesting ▇▇▇ (.2).<br><br>J. Graham | $38.00 |
| 01/03/13 | 6121 | 2.00 | L120 | A104 | Conference with R. Illmer to discuss ▇▇▇; telephone call with K. Wolber to discuss ▇▇▇; revise U.S. Bank's answer t▇▇▇; review and finalize answer; prepare email to R. Illmer summarizing ▇▇▇ (2.0).<br><br>John Pegram | $550.00 |
| 01/03/13 | RAI | 0.10 | L120 | A105 | Telephone with John Pegram regarding ▇▇▇<br><br>R. Illmer | $39.50 |
| 01/04/13 | JLG | 0.10 | L140 | A108 | Receive ▇▇▇ from Steve Porter and forward to Rita Houtman for saving (.1).<br><br>J. Graham | $19.00 |
| 01/11/13 | 6121 | 0.10 | L120 | A105 | Prepare email to R. Illmer regarding ▇▇▇ (.1).<br><br>John Pegram | $27.50 |
| 01/11/13 | RAI | 0.10 | L140 | A104 | Review and respond to email from John Pegram ▇▇▇ email to Mike Goldberg and Kurt Wolber ▇▇▇.<br><br>R. Illmer | $39.50 |
| 01/16/13 | RAI | 0.20 | L210 | A104 | Review order for initial scheduling conference and deadline to submit scheduling order.(.1); Review order in removed cases and that statement is due in 10 days.(.1)<br><br>R. Illmer | $79.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 01/22/13 | RAI | 0.10 | L210 | A104 | Review "order in removed cases" received from the court.<br>    R. Illmer | $39.50 |
| 01/28/13 | 6121 | 1.00 | L210 | A103 | Prepare U.S. Bank's Statement in Compliance with the Court's Order in Removed Cases; prepare email to case manager regarding issues concerning the first lawsuit filed by the Hustons against U.S. Bank and how the first lawsuit is related to the instant lawsuit (1.0).<br>    John Pegram | $275.00 |
| 01/28/13 | RAI | 0.30 | L140 | A104 | Review and respond to various emails re Plaintiff's Motion to Remand. Let plaintiff know we oppose same.<br>    R. Illmer | $118.50 |
| 01/28/13 | JLG | 0.50 | L140 | A103 | ▊▊▊▊ discussion with John Pegram prepare Statement pursuant to Order of Removed Cases and e-mail to John Pegram for review (.5).<br>    J. Graham | $95.00 |
| 01/28/13 | JLG | 0.10 | L140 | A104 | Review e-mail regarding Plaintiff filed Motion to Remand and deadline to file response (.1).<br>    J. Graham | $19.00 |
| 02/07/13 | RAI | 0.20 | L190 | A106 | Review and respond to email regarding ▊▊▊▊▊▊▊▊. Ask John Pegram to handle same (.1). Review notice of related case (.1).<br>    R. Illmer | $79.00 |
| 02/07/13 | 6121 | 3.50 | L120 | A103 | Prepare ▊▊▊▊ for R. Illmer concerning ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊; conference with R. Illmer regarding ▊▊▊ (.5). Prepare U.S. Bank's Notice of Related Cases (.4). Receive and review Plaintiffs' Initial Disclosures (.1). Prepare U.S. Bank's Response to Plaintiffs' Motion to Remand (2.0).<br>    John Pegram | $962.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 02/08/13 | RAI | 0.20 | L210 | A104 | Conference with John Pegram regarding ███ (.1). Review Joint Discovery Case Management Plan (.1).<br>R. Illmer | $79.00 |
| 02/08/13 | 6121 | 1.70 | L230 | A103 | Prepare the parties' draft Joint Discovery / Case Management plan and draft scheduling order; participate in Rule 26 conference with Ralph Huston (1.7).<br>John Pegram | $467.50 |
| 02/11/13 | RAI | 0.10 | L210 | A104 | Review joint discovery and case management plan.<br>R. Illmer | $39.50 |
| 02/15/13 | 6121 | 0.10 | L230 | A108 | Prepare email to R. Huston regarding the parties' draft scheduling order (.1).<br>John Pegram | $27.50 |
| 02/17/13 | 6121 | 0.80 | L430 | A103 | Continue preparation of U.S. Bank's Response to Plaintiffs' Motion to Remand (.8).<br>John Pegram | $220.00 |
| 02/18/13 | KLK | 0.60 | L210 | A104 | Review and revise response to motion for remand.<br>K. Koronka | $195.00 |
| 02/18/13 | 6121 | 1.50 | L430 | A103 | Continue preparation of U.S. Bank's Response to Plaintiffs' Motion to Remand (1.5).<br>John Pegram | $412.50 |
| 02/21/13 | 6121 | 1.00 | L210 | A103 | Prepare U.S. Bank's counterclaim for judicial foreclosure; prepare email to J. Kidd regarding ███; conference with R. Illmer regarding ███ (1.0).<br>John Pegram | $275.00 |
| 02/22/13 | RAI | 0.10 | L140 | A104 | Review notice from court that State Farm waived service.<br>R. Illmer | $39.50 |
| 02/22/13 | 6121 | 0.30 | L120 | A108 | Telephone call with L. Tan, counsel for co-defendant State Farm, regarding status of litigation and State Farm's strategy (.3).<br>John Pegram | $82.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 02/25/13 | RAI | 0.30 | L140 | A103 | Prepare email requesting ▬▬▬▬▬▬▬▬▬. <br> R. Illmer | $118.50 |
| 02/25/13 | RAI | 0.10 | L210 | A104 | Review scheduling order and Waiver of service of summons. <br> R. Illmer | $39.50 |
| 03/11/13 | 6121 | 0.10 | L120 | A108 | Prepare email to J. Kidd regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬ (.1). <br> John Pegram | $27.50 |
| 03/18/13 | 6121 | 1.20 | L210 | A103 | Continue preparation of U.S. Bank's Counterclaim for judicial foreclosure; review and finalize same (1.2). <br> John Pegram | $330.00 |
| 03/18/13 | RAI | 0.10 | L210 | A104 | Review Defendants original counterclaim. <br> R. Illmer | $39.50 |
| 03/18/13 | JLG | 0.10 | L140 | A104 | Review e-mail regarding scheduling order and deadlines (.1). <br> J. Graham | $19.00 |
| 03/25/13 | 6121 | 0.30 | L210 | A104 | Receive and review State Farm Lloyds' Motion to Dismiss and Response to Plaintiffs' Motion to Remand (.3). <br> John Pegram | $82.50 |
| 03/25/13 | RAI | 0.10 | L210 | A104 | Review Response to Motion to Remand filed by State Farm Lloyds. <br> R. Illmer | $39.50 |
| 04/01/13 | RAI | 0.10 | L210 | A104 | Review reply to response to Motion to Remand. <br> R. Illmer | $39.50 |
| 04/10/13 | RAI | 0.20 | L210 | A104 | Review Plaintiff's Answer to Wells Fargo counterclaim. <br> R. Illmer | $79.00 |
| 04/10/13 | JLG | 0.10 | L140 | A104 | Review Plaintiffs' Answer to US Bank's Counterclaim (.1). <br> J. Graham | $19.00 |
| 04/15/13 | RAI | 0.10 | L210 | A104 | Review response to motion to dismiss. <br> R. Illmer | $39.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 04/22/13 | RAI | 0.30 | L210 | A104 | Review First Amended Complaint by Huston.<br>R. Illmer | $118.50 |
| 04/23/13 | RAI | 0.20 | L210 | A104 | Review supply to Motion to Remand.(.1); Review reply to response to Motion to Dismiss by State Farm.(.1)<br>R. Illmer | $79.00 |
| 04/23/13 | RAI | 0.20 | L210 | A104 | Review First Amended Complaint.<br>R. Illmer | $79.00 |
| 04/23/13 | MKM | 0.50 | L210 | A104 | Receive and review Plaintiffs' First Amended Complaint (.2); compare ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for Rick Illmer's review (.3).<br>M. Mastin | $95.00 |
| 04/23/13 | MKM | 0.20 | L210 | A104 | Receive and review Reply to Response to Motion to Dismiss Rule 12(b)(6) filed by State Farm Lloyds, Inc.<br>M. Mastin | $38.00 |
| 04/29/13 | RAI | 0.10 | L210 | A104 | Review objections to surreply filed by Plaintiff.<br>R. Illmer | $39.50 |
| 04/29/13 | MKM | 0.20 | L210 | A104 | Receive and review Objections to Reply to Response to Motion to Dismiss filed by Plaintiffs.<br>M. Mastin | $38.00 |
| 05/03/13 | MKM | 1.20 | L210 | A103 | Conference with Joel Bagby regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (.1); draft Answer to Plaintiffs' Amended Complaint (1.1).<br>M. Mastin | $228.00 |
| 05/06/13 | JMB | 1.30 | L210 | A104 | Review Plaintiff's Amended Petition; Review and revise Defendant's Answer to Plaintiff's Amended Petition.<br>J. Bagby | $292.50 |
| 05/06/13 | MKM | 0.70 | L210 | A103 | Revise and finalize Answer to Plaintiffs' Amended Complaint.<br>M. Mastin | $133.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 06/26/13 | RAI | 0.20 | L210 | A104 | Review order denying Motion to Remand and granting State Farm's Motion to Dismiss.<br>R. Illmer | $79.00 |
| 06/26/13 | JLG | 0.30 | L140 | A104 | Review Memorandum and Opinion and Order denying Plaintiffs' Motion to Remand, Granting State Farm's Motion to Dismiss, dismissing without prejudice Plaintiffs' Declaratory Judgment Claim against State Farm and denying Plaintiff's Motion to Strike as moot (.3).<br>J. Graham | $57.00 |
| 07/03/13 | JLG | 0.10 | L140 | A104 | Review Plaintiff's Expert Disclosure (.1).<br>J. Graham | $19.00 |
| 07/05/13 | RAI | 0.10 | L210 | A104 | Review Plaintiff's Expert Disclosures.<br>R. Illmer | $39.50 |
| 07/16/13 | JLG | 0.10 | L140 | A105 | Review e-mail from Joel Bagby regarding ▬▬▬▬ (.1).<br>J. Graham | $19.00 |
| 07/17/13 | JLG | 0.60 | L140 | A103 | Pursuant to Joel Bagby's request prepare Rule 26(a)(2) expert disclosure (.3); prepare notice of change of firm name and e-mail ▬▬▬ to Joel Bagby for review (.3).<br>J. Graham | $114.00 |
| 07/29/13 | JMB | 0.20 | L350 | A103 | Review and revise expert disclosures.<br>J. Bagby | $45.00 |
| 07/29/13 | RAI | 0.10 | L350 | A104 | Review Defendant's Disclosure of Expert Testimony.<br>R. Illmer | $39.50 |
| 08/23/13 | JMB | 2.30 | L240 | A102 | Research in preparation of ▬▬▬▬▬▬▬▬▬▬.<br>J. Bagby | $517.50 |
| 08/29/13 | KLK | 0.30 | L210 | A108 | Confer with J. Bagby concerning ▬▬▬▬; review ▬▬▬▬▬▬▬▬▬▬▬▬<br>K. Koronka | $97.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 08/29/13 | JMB | 1.90 | L240 | A101 | Review file and confer with K. Koronka regarding ▮. <br> J. Bagby | $427.50 |
| 08/30/13 | JMB | 4.10 | L240 | A102 | Research in preparation of ▮; confer with R. Illmer regarding ▮. <br> J. Bagby | $922.50 |
| 09/24/13 | RAI | 2.00 | L240 | A105 | Conferences with Joel Bagby regarding ▮ (1.0). Review prior pleadings, motions and orders regarding same (1.0). <br> R. Illmer | $790.00 |
| 09/24/13 | JMB | 5.10 | L240 | A102 | Research in preparation for ▮; review ▮; Confer with J. Pegram regarding ▮; Multiple conferences with R. Illmer regarding ▮. <br> J. Bagby | $1,147.50 |
| 09/25/13 | MKM | 1.20 | C300 | A102 | Conference with Joel Bagby regarding ▮ (.2); research ▮ (1.0) <br> M. Mastin | $228.00 |
| 09/25/13 | JMB | 12.80 | L240 | A103 | Multiple conferences with R. Illmer; Perform ▮ research; Begin drafting motion for summary judgment. <br> J. Bagby | $2,880.00 |
| 09/25/13 | RAI | 0.90 | L240 | A104 | Conferences with Joel Bagby regarding ▮ (.5). Telephone conference with to opposing counsel regarding continuance (.1). Review and approve motion to continue response date (.3). <br> R. Illmer | $355.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 09/25/13 | JLG | 4.70 | L240 | A101 | Discuss with Joel Bagby regarding ▅▅▅▅ (.4); pull pleading from Harris County from Rule 736 proceeding filed in August ▅▅▅ Joel Bagby and pull remaining case file and save entire court file documents to system (1.5); e-mail to Belinda Nova ▅▅▅ (.2); e-mail to vendor requesting to obtain certified documents from various courts and identify each case/document needed (.8); begin preparation of affidavit/declaration for MSJ (.5); conference with Joel Bagby regarding ▅▅▅ (.2); prepare joint motion to extend dispositive motion deadline and proposed order and e-mail to Rick Illmer ▅▅▅ (1.0); e-mail opposing counsel draft motion and order for review and approval for filing (.1).<br>    J. Graham | $893.00 |
| 09/26/13 | JMB | 5.90 | L240 | A102 | Multiple conferences with R. Illmer; Perform ▅▅▅ research; Continue drafting motion for summary judgment.<br>    J. Bagby | $1,327.50 |
| 09/27/13 | JMB | 2.30 | L240 | A103 | Research; Continue drafting motion for summary judgment.<br>    J. Bagby | $517.50 |
| 09/27/13 | JLG | 0.20 | L140 | A105 | Receive e-mail from Ralph Huston regarding approval for Joint Motion to Extend Dispositive Motion deadline and e-mail team regarding ▅▅▅ and follow up e-mail with Ralph Huston regarding motion to be filed today (.2).<br>    J. Graham | $38.00 |
| 09/30/13 | RAI | 0.40 | L240 | A104 | Begin reviewing Motion for Summary Judgment prepared by Joel Bagby.<br>    R. Illmer | $158.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 09/30/13 | JMB | 4.30 | L240 | A103 | Complete initial draft of Motion for Summary Judgment; confer with K. Koronka regarding ▮; edit per K. Koronka's ▮.<br>J. Bagby | $967.50 |
| 09/30/13 | JLG | 1.00 | L190 | A103 | Prepare ▮ and e-mail draft to Joel Bagby for review (.8); discuss with Joel Bagby regarding ▮ (.2).<br>J. Graham | $190.00 |
| 10/02/13 | RAI | 4.00 | L210 | A104 | Review and revise Motion for Summary Judgment.<br>R. Illmer | $1,580.00 |
| 10/02/13 | JMB | 1.20 | L240 | A103 | Confer with R. Illmer regarding ▮; Review and revise ▮.<br>J. Bagby | $270.00 |
| 10/03/13 | RAI | 0.20 | L120 | A105 | Conferences with Joel Bagby regarding ▮.<br>R. Illmer | $79.00 |
| 10/03/13 | JMB | 0.80 | L240 | A103 | Update and revise Motion for Summary Judgment.<br>J. Bagby | $180.00 |
| 10/04/13 | RAI | 0.40 | L120 | A105 | Conference with Joel Bagby ▮ (.2); Review and revise the Dolan declaration.(.2)<br>R. Illmer | $158.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Init | Hours | Task | Act | Professional Services | Amount |
|---|---|---|---|---|---|---|
| 10/04/13 | JLG | 6.20 | L240 | A103 | Review motion for summary judgment and prepare table of contents and table of authorities and prepare declaration of Michael Dolan and pull exhibits to attach and work with Joel Bagby and Rick Illmer regarding ▓▓▓▓▓ ▓▓▓▓▓ e-mail to Kurt Wolber and Belinda Nova ▓▓▓▓ ▓▓▓▓ and call to Belinda Nova ▓▓▓▓ (6.2).<br>J. Graham | $1,178.00 |
| 10/04/13 | JMB | 3.10 | L240 | A103 | Review and revise declaration; review and revise msj.<br>J. Bagby | $697.50 |
| 10/07/13 | JLG | 0.20 | L240 | A108 | Call Belinda Nova ▓▓▓▓ regarding ▓▓▓▓ ▓▓▓▓ (.1); e-mail vendor regarding obtaining certified copy of counterclaim from Rule 736 proceeding for MSJ (.1).<br>J. Graham | $38.00 |
| 10/09/13 | JLG | 1.50 | L240 | A103 | Receive e-mail from Kurt Wolber regarding ▓▓▓▓ (.1); begin finalizing summary judgment motion including table of contents, table of authorities and citations and revise Appendix (1.3); discuss ▓▓ Joel Bagby and Rick Illmer (.1).<br>J. Graham | $285.00 |
| 10/11/13 | JLG | 2.00 | L240 | A103 | Review and finalize motion and appendix (1.8); and discuss with Joel Bagby regarding ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ (.2).<br>J. Graham | $380.00 |
| Total Hours and Fees | | 113.40 | | | | $ 28,449.00 |

| Timekeeper | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| R. Illmer | PARTNER | 395.00 | 12.70 | $5,016.50 |
| K. Koronka | PARTNER | 325.00 | 0.90 | $292.50 |
| John Pegram | | 275.00 | 30.50 | $8,387.50 |
| J. Bagby | ASSOCIATE | 225.00 | 45.30 | $10,192.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| | | | | |
|---|---|---|---|---|
| M. Mastin | PARALEGAL | 190.00 | 4.00 | $760.00 |
| J. Graham | PARALEGAL | 190.00 | 20.00 | $3,800.00 |

|  |  |
|---|---|
| Total Professional Services | $ 28,449.00 |
| **Current Invoice Due** | $ **28,449.00** |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*